CD/IL PROB 12B
(Rev. 12/12)

# United States District Court
# for the
# CENTRAL DISTRICT OF ILLINOIS

Request for Modifying the Conditions or Term of Supervision
With Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

| NAME/ADDRESS OF OFFENDER | Izell L. Pittman<br><br>Danville, Illinois  61832 |
|---|---|
| CASE NUMBER | 15-20044-01 |
| SENTENCING JUDICIAL OFFICER | Colin S. Bruce<br>U.S. District Judge |
| DATE OF ORIGINAL SENTENCE | June 13, 2016 |
| ORIGINAL OFFENSE | Felon in Possession of a Firearm |
| ORIGINAL SENTENCE | 42 months imprisonment, $100 special assessment, and 3 years supervised release with the following conditions:  5) Not knowingly be present where controlled substances are illegally sold, used, distributed, or administered; 6) Not knowingly meet, communicate, or interact with any person known to be engaged, or planning to be engaged in criminal activity; 7) Permit home visits; 8) Notify the probation officer within 72 hours of being arrested or questioned by law enforcement; 9) Not purchase, possess, use, distribute, or administer any controlled substance, and participate in substance abuse treatment and testing; and 10) Participate in alcohol testing and treatment. |
| TYPE OF SUPERVISION | Term of Supervised Release |
| DATE SUPERVISION COMMENCED | August 10, 2018 |

## PETITIONING THE COURT

☐  To extend the term of supervision for  years, for a total term of  years.

☒  To modify the conditions of supervision as follows:

**CONDITION NO. 12:**  You shall serve 90 days in home confinement during your term of supervision.  The home confinement will start as soon as possible after your supervision term begins.  You shall be monitored by: radio frequency monitoring technology and shall abide by all technology requirements.  You shall pay the costs of the program to the extent you are financially able to pay.  The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request

**Home Detention:**  You shall sign the rules of home confinement/location monitoring and comply with the conditions of home confinement.  During this time, you will remain at your place of residence except for employment and other activities approved in advance by the U.S. Probation Office.  You shall wear a location monitoring device.  You shall pay the costs of the program to the extent you are financially able to pay.  The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

### CAUSE

On August 10, 2018, offender Izell Pittman commenced his term of supervised release.  On August 10, 2018, August 28, 2018, and September 5, 2018, offender Pittman submitted urine samples which returned positive for cocaine as verified by Alere Toxicology Services, Gretna Louisiana.  Offender Pittman admitted that he used cocaine on or about August 10, 2018; however, denied using any cocaine after August 10, 2018.

Offender Pittman violated the terms of his supervised released due to his repeated use of cocaine.  Due to his noncompliances, I recommend his supervised release be modified to include 90 days community confinement.  This modification will allow offender Pittman to participate in substance abuse testing and treatment which may assist him in making better decisions.  Assistant U.S. Attorney Katherine Boyle has been advised of these violations and concurs with this course of action.  The offender agrees to this modification and has signed the attached waiver of hearing.

Respectfully submitted,

s/Gwen M. Powell

Gwen M. Powell
U.S. Probation Officer
November 5, 2018

GMP:gmp

THE COURT ORDERS:
- ☐ No Action.
- ☐ The Extension of Supervision as Noted Above.
- ☒ The Modification of Conditions as Noted Above.
- ☐ Other.

/s/ Harold A. Baker

Harold A. Baker
U.S. District Judge
Date: November 5, 2018